

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00587-CV

Beatrice J. Janacek **JARZOMBEK**, Phillip Janacek, Ben J. Janacek, Kathryn M. Janacek Vajdos, Lawrence J. Janacek, Margaret R. Janacek Ryan, Sister Rebecca Janacek and Timothy E. Janacek,
Appellants

v.

**MARATHON OIL COMPANY**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 18-01-00016-CVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

The appellants' motion to proceed with appeal without court reporter's statement of facts is hereby GRANTED.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court